WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
THE HERSHEY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEON KHASIN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. CV12-01862 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND MODIFYING BRIEFING AND CMC SCHEDULE**<br><br>Hearing Date: October 12, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Action Filed: April 13, 2012 |

Plaintiff Leon Khasin ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant The Hershey Company ("Hershey" or "Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS on April 13, 2012 Plaintiff filed a Class Action and Representative Action Complaint for Damages and Equitable and Injunctive Relief (the"Complaint"), and served Hershey with the Complaint on May 8, 2012;

1   WHEREAS pursuant to a stipulation providing that Hershey could respond to the
2   Complaint on or before June 28, 2012, Hershey filed a Motion to Dismiss the Complaint on July
3   2, 2012 due to an ECF failure that lasted from June 28, 2012 through July 2, 2012;

4   WHEREAS rather than responding to Hershey's Motion to Dismiss, Plaintiff Khasin
5   filed an Amended Class Action and Representative Action Complaint for Damages, Equitable
6   and Injunctive Relief ("Amended Complaint") on July 23, 2012;

7   WHEREAS pursuant to Rule 15 of the Federal Rules of Civil Procedure, Hershey's
8   response to the Amended Complaint would be due on August 6, 2012;

9   WHEREAS at over 60 pages, the Amended Complaint is substantially longer than
10  Plaintiff's original Complaint, makes allegations against additional products, and includes
11  additional claims;

12  WHEREAS the parties desire additional time to brief the issues raised by the Amended
13  Complaint and Hershey's anticipated motion to dismiss the Amended Complaint; and

14  WHEREAS the parties agree that in light of the filing of the Amended Complaint and
15  the stipulated briefing and hearing schedule below, the Case Management Conference currently
16  scheduled for September 14, 2012 should be rescheduled to coincide with the date for the
17  hearing on Hershey's anticipated motion to dismiss the Amended Complaint;

18  THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that:

19  1. Defendant shall have an additional seven (7) days to respond to Plaintiff's Amended
20     Complaint, up to and including August 13, 2012;
21  2. Plaintiff will file Opposition papers to Hershey's Motion to Dismiss no later than
22     August 31, 2012;
23  3. Defendant will file Reply papers no later than September 14, 2012;
24  4. Defendant will notice the Motion to Dismiss for hearing on October 12, 2012; and
25  5. The initial Case Management Conference will be held on the date of the hearing on
26     Hershey's Motion to Dismiss.

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE
CASE NO. CV12-01862 EJD
sf-3175226

| | | |
|---|---|---|
| 1 | Dated: July 30, 2012 | WILLIAM L. STERN |
| 2 | | WILLIAM F. TARANTINO |
| | | CLAUDIA M. VETESI |
| 3 | | MORRISON & FOERSTER LLP |
| 4 | | By: /s/ *William L. Stern* |
| 5 | |     WILLIAM L. STERN |
| 6 | | Attorneys for Defendants |
| | | DOLE FOOD COMPANY, INC., |
| 7 | | DOLE PACKAGED FOODS, LLC |
| 8 | | |
| 9 | Dated: July 30, 2012 | Ben F. Pierce Gore (SBN 128515) |
| | | PRATT & ASSOCIATES |
| 10 | | 1901 S. Bascom Avenue, Suite 350 |
| | | Campbell, California 95008 |
| 11 | | |
| 12 | | By: /s/ *Ben F. Pierce Gore* |
| | |     BEN F. PIERCE GORE |
| 13 | | Attorneys for Plaintiff |

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING AND HEARING DATES**. In compliance with General Order 45, X.B., I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: July 30, 2012

WILLIAM L. STERN
WILLIAM F. TARANTINO
CLAUDIA M. VETESI
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
     WILLIAM L. STERN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.
The Motion to Dismiss the orignal complaint (Docket Item No. 19) is TERMINATED AS MOOT.

DATED: 7/31/2012

EDWARD J. DAVILA
United States District Judge

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE
CASE NO. CV12-01862 EJD
sf-3175226