**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEON KHASIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HERSHEY COMPANY,<br><br>        Defendant. | Case No.: 5:12-CV-01862 EJD<br><br>**ORDER RE: UPDATED JOINT CASE MANAGEMENT STATEMENT** |

In light of the Order Granting in Part and Denying in Part Defendant's Motion to Dismiss, and Denying Defendant's Motion to Strike addressing all pending motions filed November 11, 2012 (see Docket Item No. 45), the parties shall file an updated Joint Case Management Statement **on or before December 7, 2012**, which includes, inter alia, a proposed schedule for this action.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-01862 EJD
ORDER RE: UPDATED JOINT CASE MANAGEMENT STATEMENT