WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
KATHLEEN B. RONEY (CA SBN 268446)
KRoney@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
THE HERSHEY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEON KHASIN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No: CV12-01862 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT AND ANSWER** |

Plaintiff Leon Khasin ("Plaintiff") and Defendant The Hershey Company ("Hershey"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court entered an Order on November 21, 2012, directing the parties to file an updated Joint Case Management Statement on or before December 7, 2012;

WHEREAS, the Court entered an Order on November 19, 2012, directing that Hershey file an Answer to the Amended Complaint on or before December 21, 2012;

5755794v.2

1   WHEREAS, Hershey recently decided to replace its existing counsel, Morrison &
2   Foerster LLP, with the New York City firm of Patterson Belknap Webb & Tyler LLP, along with
3   local counsel yet to be retained (together "Replacement Counsel");
4   WHEREAS, Hershey intends to file a Motion for Substitution of Counsel as soon
5   as it has retained local counsel;
6   WHEREAS, Hershey has requested a brief adjournment of the above deadlines in
7   order to allow Replacement Counsel an opportunity to familiarize itself with the background of
8   this Action, and to effectuate the transfer of responsibility from Morrison & Foerster LLP to
9   Replacement Counsel; and
10  WHEREAS, Khasin does not oppose, and joins in, this request;
11  THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that:
12  1.  The parties shall have an additional fourteen (14) days to file an updated Joint
13      Case Management Statement, up to and including December 21, 2012; and
14  2.  Hershey shall have an additional twenty-one (21) days to file an Answer to the
15      Amended Complaint, up to and including January 11, 2013.

Dated: December 4, 2012    William L. Stern (CA SBN 96105)
                           MORRISON & FOERSTER LLP

                    By:    /s/ William L. Stern_____
                              William L. Stern

                           Attorneys for Defendant
                           THE HERSHEY COMPANY


Dated: December 4, 2012    Ben F. Pierce Gore (SBN 128515)
                           PRATT & ASSOCIATES

                    By:    /s/ Ben F. Pierce Gore_____
                              Ben F. Pierce Gore

                           Attorneys for Plaintiff

STIPULATION AND [XXXXXXXX] ORDER EXTENDING TIME TO FILE UPDATED JOINT CASE
MANAGEMENT STATEMENT AND ANSWER

5755794v.2

1 [~~PROPOSED~~] ORDER

2 PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

4 DATED: 12/3/2012

_____
EDWARD J. DAVILA
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT AND ANSWER

5755794v.2

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT AND ANSWER**.  In compliance with General Order 45, X.B., I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: December 4, 2012

WILLIAM L. STERN
WILLIAM F. TARANTINO
CLAUDIA M. VETESI
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
       WILLIAM L. STERN

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT AND ANSWER

5755794v.2