WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
KATHLEEN B. RONEY (CA SBN 268446)
KRoney@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
THE HERSHEY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEON KHASIN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. CV12-01862 EJD<br><br>**DEFENDANT THE HERSHEY COMPANY'S MOTION TO SUBSTITUTE COUNSEL**<br><br>Hearing Date: n/a<br>Time: n/a<br>Judge: Hon. Edward J. Davila<br>Action Filed: April 13, 2012 |

Defendant The Hershey Company ("Hershey"), by and through the undersigned, hereby substitutes John W. Fowler, Melinda M. Morton and Grace Y. Park of Bergeson, LLP ("Bergeson"); 303 Almaden Blvd., Suite 500; San Jose, CA 95110-2712 (408.291.6200), as attorneys of record in place and instead of present counsel Will L. Stern, Claudia M. Vetesi and Kathleen B. Roney of Morrison & Foerster LLP, 425 Market Street; San Francisco, CA 94105 (415.268.7000).

Dated: December 13, 2012

APPROVED AND AGREED TO BY
THE HERSHEY COMPANY

By: _____
Lauren Lacey, Esq.
Lead Counsel, Global Marketing & Sales
The Hershey Company

Pursuant to Northern District of California Local Rule 11-5, Plaintiff Leon Khasin, through his counsel of record, has been given reasonable advance written notice of Bergeson's substitution as counsel of record.

Dated: December 13, 2012

BERGESON, LLP

By: /s/ Melinda M. Morton

John W. Fowler
Melinda M. Morton
Grace Y. Park
Attorneys for Defendant
THE HERSHEY COMPANY

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: December 13, 2012 | APPROVED AND AGREED TO BY MORRISON & FOERSTER LLP |
| 4 | | |
| 5 | | By: /s/ Will L. Stern |
| | | Will L. Stern |
| 6 | | Present Attorney |
| 7 | | Attorneys for Defendant THE HERSHEY COMPANY |
| 8 | | |
| 9 | APPROVED. | |
| 10 | Dated: December 14, 2012 | [signature] |
| 11 | | Honorable EDWARD J. DAVILA United States District Judge |

# ECF ATTESTATION

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **DEFENDANT THE HERSHEY COMPANY'S MOTION TO SUBSTITUTE COUNSEL.** In compliance with General Order 45, X.B., I hereby attest that Melinda M. Morton has concurred in this filing.

Dated: December 13, 2012

WILLIAM L. STERN
CLAUDIA M. VETESI
KATHLEEN B. RONEY
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
      WILLIAM L. STERN