IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEON KHASIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant(s). | CASE NO. 5:12-cv-01862 EJD<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |

On June 14, 2012, Defendant The Hershey Company ("Defendant") filed a Motion requesting, inter alia, the entry of protective order barring Plaintiff Leon Khasin "from pursuing his burdensome discovery demands relating to statements in [Defendant's] website, advertising and labeling" because "[s]uch discovery has no probative value to any claims properly remaining in the case." See Docket Item No. 68.

This court has referred all disputes with respect to discovery and disclosure to the assigned magistrate judge and will not entertain Defendant's request as part of a dispositive motion. See Docket Item No. 60. Accordingly, Defendant shall forthwith re-file its request for a protective order *only* as a separate motion and notice such motion before Magistrate Judge Paul S. Grewal. All other issues contained in the motion remain as set before the undersigned.

**IT IS SO ORDERED.**

Dated: June 24, 2013

EDWARD J. DAVILA
United States District Judge

Case No. 5:12-cv-01862 EJD
ORDER REFERRING MATTER TO MAGISTRATE JUDGE