United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEON KHASIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff(s),<br>  v.<br>THE HERSHEY COMPANY,<br><br>     Defendant(s). | CASE NO. 5:12-cv-01862 EJD<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, Plaintiff's Motion to Extend the Discovery Period and Modify the Scheduling Order (Docket Item No. 106) is hereby REFERRED to Magistrate Judge Paul S. Grewal for resolution.

**IT IS SO ORDERED.**

Dated: January 29, 2014

                                                                  EDWARD J. DAVILA
                                                                  United States District Judge