1  John W. Fowler (Bar No. 037463)
   jfowler@be-law.com
2  BERGESON LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
4  Facsimile:   (408) 297-6000

5  Steven A. Zalesin (admitted *pro hac vice*)
   sazalesin@pbwt.com
6  Travis J. Tu (admitted *pro hac vice*)
   tjtu@pbwt.com
7  Michelle W. Cohen (admitted *pro hac vice*)
   mcohen@pbwt.com
8  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
9  New York, New York 10036
   Telephone: (212) 336-2000
10 Facsimile:  (212) 336-2222

11 Attorneys for Defendant
   THE HERSHEY COMPANY

*IT IS SO ORDERED*
Judge Edward J. Davila
4/29/2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON KHASIN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | CASE NO.  12-cv-01862 EJD<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge:        Honorable Edward J. Davila<br>Room:         Courtroom 4, 5th Floor<br>Date Filed:    April 13, 2012<br>Trial Date:    No date set |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective April 30, 2014, James Kerwin of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036, will no longer be counsel of record for Defendant The Hershey Company because he will no longer be

- 1 -   NOTICE OF CHANGE IN COUNSEL

6926947v.1

associated with that firm.  Mr. Kerwin therefore requests that he be removed from the case docket and the Notice of Electronic Filing System.  The remaining attorneys of record from the law firm of Patterson Belknap Webb & Tyler LLP shall continue to represent Defendant in the above-captioned action.  All pleadings, orders, and other papers should continue to be served on the remaining attorneys of Patterson Belknap Webb & Tyler LLP.

Dated: April 29, 2014

Respectfully submitted,

By: /s/ Michelle W. Cohen
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000 phone
(212) 336-2222 fax
mcohen@pbwt.com

*Attorneys for Defendant*