IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEON KHASIN, individually and on behalf of all others similarly situated, | CASE NO. 5:12-cv-01862 EJD |
| Plaintiff(s), | **PRETRIAL CONFERENCE ORDER** |
| v. | |
| THE HERSHEY COMPANY, | |
| Defendant(s). | |

On August 22, 2014, the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Preliminary Pretrial Conference Statement (Docket Item No. 141) and the discussions held at the conference,

IT IS HEREBY ORDERED that the following schedule shall apply to Plaintiff's anticipated Motion for Class Certification:

| EVENT | DATE |
|---|---|
| Deadline to file Motion for Class Certification | September 12, 2014 |
| Deadline to file Opposition | October 14, 2014 |
| Deadline to file Reply | October 27, 2014 |
| Hearing on Motion for Class Certification | 9:00 a.m. on November 7, 2014 |

IT IS FURTHER ORDERED that the remaining briefing deadlines for the pending Motions for Summary Judgment (Docket Item Nos. 137, 139) shall remain as currently set. The hearing on

1

CASE NO. 5:12-cv-01862 EJD
PRETRIAL CONFERENCE ORDER

those motions is CONTINUED to **9:00 a.m. on January 30, 2015.**

     IT IS FURTHER ORDERED that a Further Preliminary Pretrial Conference is scheduled for **11:00 a.m. on February 27, 2015.**

**IT IS SO ORDERED.**

Dated:   August 22, 2014

_____
EDWARD J. DAVILA
United States District Judge

2

CASE NO. 5:12-cv-01862 EJD
PRETRIAL CONFERENCE ORDER