UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEON KHASIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　　　Defendant. | Case No. 5:12-cv-01862-EJD<br><br>**ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |

Having reviewed the parties' Joint Preliminary Pretrial Conference Statement (Docket Item No. 180), the court finds that a trial setting conference is premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for February 26, 2015, is VACATED and will be reset, if necessary, in the order addressing the pending motions.

**IT IS SO ORDERED.**

Dated:  February 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge